*E-FILED:   January 31, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE HAMLINE COMMUNITY GARDEN, | No. C12-00464 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| THE CITY OF SAN JOSE, | |
| Defendant. | |

Plaintiff has filed an *ex parte* application for a temporary restraining order. (Docket No. 2). Because plaintiff requests immediate injunctive relief, but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly to reassign this case to a district judge. See 28 U.S.C. § 636.

SO ORDERED.

Dated: January 31, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

5:12-cv-00464-HRL Notice sent by U.S. Mail to:

Karen McCreddin
750 Park Court
Santa Clara, CA 95050

Ann Charlotte Joseph
750 Park Court
Santa Clara, CA 95050

2