UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE HAMLINE COMMUNITY GARDENS, KAREN MCCREDDIN, and ANN CHARLOTTE JOSEPH<br><br>Plaintiff,<br>v.<br><br>THE CITY OF SAN JOSE,<br><br>Defendant. | Case No.: 12-CV-000464-LHK<br><br>ORDER REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER |

Plaintiffs are hereby ORDERED to serve a copy of the Court's February 6, 2012 Order denying Plaintiffs' *ex parte* motion for a temporary restraining order, ECF No. 8, by February 8, 2012.

**IT IS SO ORDERED.**

Dated: February 7, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-00464-LHK
ORDER REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER